IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MANUEL ENRIQUE CORONA-RAMIREZ;<br>SHAWN NORRIS; TREVOR HARDIN,<br><br>        Defendant. | **4:25CR3023**<br><br><br>**ORDER** |

A telephone status conference was held today. Defendants Norris and Hardin have moved to continue the pretrial motion deadline and status conference (Filing Nos. 196 and 197), because Defendants and defense counsel need additional time to fully review the discovery. The government did not object. Co-defendant Corona-Ramirez did not join in the motion. However, his case is joined with his co-defendants' cases for trial. Based on the comments of counsel, the court finds good cause has been shown and the pending motion and oral motions to continue should be granted.  Accordingly,

IT IS ORDERED:

1)    Pretrial motions and briefs as to defendants Norris and Hardin shall be filed on or before November 18, 2025.

2)    A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:00 a.m. on November 21, 2025 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

3)    In accordance with 18 U.S.C. § 3161(h)(6) and (h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on November 21, 2025, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6) and (h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 22nd day of September, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge