IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MANUEL ENRIQUE CORONA-RAMIREZ,<br><br>Defendants. | **4:25CR3023**<br><br>**AMENDED**<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Defendant has requested a change of plea hearing, and consents to having the hearing conducted before the undersigned magistrate judge.

Accordingly,

IT IS ORDERED:

1)    Defendant's request to set a change of plea hearing is granted. This case will remain on the trial docket until the change of plea hearing is concluded.

2)    A hearing on Defendant's anticipated plea of guilty is scheduled before Magistrate Judge DeLuca on April 29, 2026, at 3:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3)    Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4)    At least seven (7) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall provide to the undersigned magistrate judge a copy of the following: a) a copy of the Petition to Enter A Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. **Failure to meet this deadline may cause the plea proceeding to be cancelled.**

5)    On or before the date set for the plea proceeding, counsel for the government and for Defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

6)    The ends of justice served by granting Defendant's request to set a change of plea hearing outweigh the interests of the public and Defendant in a speedy trial, and the time between today's date and the district court

- 2 -

judge's acceptance or rejection of the anticipated plea of guilty shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

Dated this 15th day of April, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge